IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                                                                    NO. 3:19-CR-65-11

DERRICK HOUSTON

## ORDER

On September 28, 2022, Derrick Houston filed a motion seeking to seal his sentencing memorandum because it "contains information which should not be in the public domain." Doc. #512. The same day, Houston filed his sentencing memorandum[1] as a restricted document as mandated by the Court's "Order Setting Sentencing."[2] Doc. #513. Accordingly, the motion to seal [512] is **DENIED as moot**.

**SO ORDERED**, this 29th day of September, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] Houston's sentencing memorandum is untimely and filed without leave. *See* Doc. #455 at ¶ 5 (setting deadline for sentencing memoranda as August 17, 2022).

[2] *See id.* ("Any sentencing memoranda and/or supporting documents addressing all relevant sentencing issues … shall be filed as restricted documents ….").